COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Bernice Yost, Special Conservator for Georgia Cox v. James Fails

Appellate case number: 01-15-00773-CV

Trial court case number: 412,338

Trial court: Probate Court No. 3 of Harris County

Appellant Bernice Yost, Special Conservator for Georgia Cox, has filed a motion styled "Motion for Rehearing/Motion to Remit." It is ordered that Appellant's motion is **denied**.

Justice's signature: /s/ Michael Massengale

Acting for the Court

Panel consists of: Justices Massengale and Brown*

\* Justice Huddle, who participated in the original decision, resigned her office on June 14, 2017, and did not participate in the court's consideration of this motion.

Date: October 24, 2017